**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: ) | Chapter: | 7 |
| ) | | |
| DANA S. QUACKENBUSH ) | Case No.: | 08-15081 |
| ) | | |
| Debtor. ) | Judge: | Hon. Manuel Barbosa |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE CHAPTER 7 TRUSTEE**

**NOW COMES** Thomas E. Springer, Esq. and the law firm of Springer, Brown, Covey, Gaertner & Davis, LLC (herein "Applicant"), as duly authorized counsel to the Trustee, THOMAS E. SPRINGER, (herein the "Trustee") and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered and expenses incurred as counsel to the Trustee pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

**I. INTRODUCTION**

This Application encompasses the time period from July 23, 2008 through preparation of Applicant's current Final Fee Application, March 20, 2009. The Application represents 5.0 hours of legal services provided to the Trustee. Applicant has neither previously requested nor obtained approval for payment of interim compensation or reimbursement of expenses. This Application seeks approval of legal fees in the amount of $1,577.00 and $0.00 for actual and necessary unreimbursed expenses.

The Debtor initiated this bankruptcy proceeding with the filing of a voluntary Petition under Chapter 7 of the United States Bankruptcy Code on June 12, 2008 and Thomas E. Springer was appointed as the Chapter 7 Trustee herein. On July 31, 2008, this Court entered an Order authorizing the Trustee to retain Applicant as legal counsel. The hourly rates of Applicant is

**EXHIBIT F**

competitive with the rates charged in this market by professionals with similar skills and experience, as disclosed and summarized in the Cover Sheet to this Application for Compensation and Reimbursement of Expenses.

## II.   CASE STATUS and NARRATIVE OF LEGAL SERVICES

The Debtor filed her Chapter 7 proceeding on June 12, 2008 and on her Schedule "A" listed ownership of her residence located at 5N476 Cochise Drive, Maple Park, Illinois (hereinafter "Subject Property") with a fair market value of $230,000.00 and liens of $184.185.11.  The Trustee verified the fair market value and determined there was approximately $15,000.00 in equity in the Subject Property taking into consideration the mortgage balance, costs of sale and Debtor's exemption.  Applicant talked with Debtor's counsel and made an offer to allow the Debtor to purchase the estate's interest in the Subject Property for a lump sum of $15,000.00 and the Debtor accepted said offer, pending Court approval.

On August 6, 2008, Applicant drafted a Motion to Approve the Settlement and Sale of the Estate's interest in the Subject Property.  On August 28, 2008, the Court entered an Order approving the Settlement and Sale.

Trustee's counsel herein provided and maintained the normal and ordinary legal services to the Trustee in monitoring and overseeing liquidation and administration of the assets and coordinating efforts of the administration with the Trustee in the related Estate.

The Trustee reviewed the claims filed all claims were acceptable, except for the claim filed by the Internal Revenue Service.  The IRS filed claim for unassessed taxes due from December 31, 2007 because the Debtor failed to file a tax return.  On March 3, 2009, Applicant called the IRS and asked whether a return had been filed.  The IRS responded that the Debtor did file her return for that time period and they should file an amended proof of claim.  An amended proof of claim was filed on March 4, 2009 and accordingly, no objections to any claims were necessary.

On February 9, 2009, the Trustee paid $11.88 to International Sureties for the estate's portion of the blanket bond.  The Trustee has not made any other disbursements.  As of March 20, 2009, there remains $14,995.98 in the Estate account with interest continuing to accrue on the account.  The accrued unpaid administrative expenses include the Trustee's compensation, and Applicant's pending Fee Application.  Subject to Court approval, the estimated total amount

of such unpaid administrative expenses is $3,827.79. After administrative expenses are paid, the remainder of the funds will be paid to the Internal Revenue Service on their priority claim of $19,945.73.

Itemized time entries for all Applicant's services to this Bankruptcy Estate are attached hereto as Exhibit "A".

**WHEREFORE,** Applicant, Thomas E. Springer respectfully requests that Trustee's Attorneys' fees in the amount of $1,577.00 be approved as reasonable and appropriate and that payment be authorized upon entry of the Order approving such payment as set forth herein for any such other and further relief as this Court deems just and equitable.

DATE: March 20, 2009

Respectfully Submitted,
APPLICANT
Thomas E. Springer, Trustee

BY: Springer, Brown, Covey, Gaertner & Davis, LLC

By:     /s/ Thomas E. Springer
        Thomas E. Springer
        One of His Attorneys


Thomas E. Springer (ARDC #6207761)
Springer, Brown, Covey, Gaertner & Davis, LLC
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
 (630) 510-0000

## ATTORNEY TIME

| DATE | DESCRIPTION | HOURS | AMOUNT | ATTORNEY |
|---|---|---|---|---|
| 07/23/08 | Draft Motion to Employ Counsel to the Trustee, Notice and proposed Order | 0.80 | $260.00 | TES |
| 07/13/08 | Conservation with Debtor's counsel re: Debtor purchasing estate's interest in the property. | 0.20 | $65.00 | TES |
| 07/16/08 | Receipt and review letter from Debtor's attorney verifying Debtor's purchase of estate's interest in property | 0.20 | $65.00 | TES |
| 07/31/08 | Court appearance on Motion to Employ Counsel | 0.50 | $162.50 | TES |
| 08/06/08 | Draft Motion to Approve Settlement and Sale of Estate's interest in the Property, Notice and proposed Order | 1.20 | $390.00 | TES |
| 08/28/08 | Court appearance on Motion to Approve | 0.50 | $162.50 | TES |
| 03/03/09 | Telephone conference with Internal Revenue Service re: proof of claim filed and whether Debtor filed tax return for year in questions | 0.20 | $59.00 | MMS |
| 03/04/09 | Receipt and review amended proof of claim filed by IRS | 0.20 | $59.00 | MMS |
| 03/20/09 | Draft Final Fee Application as Counsel to the Trustee | 1.20 | $354.00 | MMS |
|  | **TOTALS** | **5.00** | **$1,577.00** |  |

**EXHIBIT F-1**