UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| QUACKENBUSH, DANA S | ) | CASE NO. 08-15081-MB |
| | ) | |
| Debtor. | ) | Hon. Manuel Barbosa |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:  Old Kane County Courthouse, 100 S. Third St., Room 140, Geneva, Illinois 60134

    On: **April 30, 2009**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                         $15,007.86

    Disbursements                                                                        $11.88

    Net Cash Available for Distribution                                              $14,995.98

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | $0.00 | $2,250.79 | $0.00 |
| THOMAS E. SPRINGER, Attorney for Trustee | $0.00 | $1,577.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: N/A

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $19,945.73 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 55.99% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | INTERNAL REVENUE SERVICE | $19,945.73 | $11,168.19 |

7. Claims of general unsecured creditors totaling $64,996.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | CAPITAL RECOVERY II | $375.38 | $0.00 |
| 2A | INTERNAL REVENUE SERVICE | $188.51 | $0.00 |
| 3 | DISCOVER BANK/DFS SERVICES, LLC | $14,405.36 | $0.00 |
| 4 | CHASE BANK USA, NA | $14,954.85 | $0.00 |
| 5 | CHASE BANK USA | $18,894.81 | $0.00 |
| 6 | STATE FARM BANK | $16,177.14 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

Dated: **April 8, 2009**                                    For the Court,

                                                By:   **KENNETH S. GARDNER**
                                                        Kenneth S. Gardner
                                                        Clerk of the U.S. Bankruptcy Court
                                                        219 S. Dearborn Street; 7th Floor
                                                        Chicago, IL 60604

Trustee:        Thomas E. Springer
Address:        400 S. County Farm Road
                Suite 330
                Wheaton, IL  60187
Phone No.:      (630) 510-0000

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7              Page 1 of 2              Date Rcvd: Apr 08, 2009
Case: 08-15081                Form ID: pdf002          Total Served: 33

The following entities were served by first class mail on Apr 10, 2009.
db           +Dana S Quackenbush,    5N476 Cochise Dr,    Maple Park, IL 60151-8851
aty          +Richard G Larsen,    Myler, Ruddy & McTavish,    105 E. Galena Blvd., 8th Floor,
               Aurora, IL 60505-3338
aty          +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
tr           +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
12500253     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12321033     +Capital One Bank,    c/o Alliance One Receivables Mgmt,    1160 Centre Point Drive Ste #1,
               Mendota Hts, MN 55120-1270
12321034      Capital One Bank,    PO Box 30285,    Salt Lake City, UT 84130-0285
12321035      Chase Bank,    c/o Viking Collection Srvcs SW, Inc,    PO Box 29210,    Phoenix, AZ 85038-9210
12321036      Chase Bank,    c/o RMS,    240 Emory St,    Lehigh Valley, PA 18002
12321037      Chase Bank One,    Cardmember Service,    P.O. Box 15298,    Wilmington, DE 19850-5298
12496471      Chase Bank USA, NA,    PO BOX 15145,    Wilmington, DE 19850-5145
12321038      Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
12321039     +Citicorp Credit Services Inc,    c/o United Collection Bureau Inc,    5620 Southwyck Blvd Ste 206,
               Toledo, OH 43614-1501
12321040      Citicorp Credit Services, Inc.,    PO Box 44180,    Jacksonville, FL 32231-4180
12321041      Countrywide Home Loans,    SUB-314,    PO Box 5170,    Simi Valley, CA 93062-5170
12321042     +Debra A. Quackenbush,    115 E Greenwood Ave,    Woodstock, IL 60098-2826
12321043     +Discover Card,    c/o Baker Miller Markoff & Krasny,    29 N Wacker Dr 5th FL,
               Chicago, IL 60606-2851
12321045     +Fidelity Credit Management,    5210 Lewis Road, Ste #14,    Agoura Hills, CA 91301-2662
12321048     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  Internal Revenue Service,    PO Box 21126,    Philadelphia, PA 19114)
12321047      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
12491679      James M. Kiss Ltd P C,    96 Kennedy Memorial Drive,    Carpentersville,IL 60110
12321049     +Old Second National Bank - Kane,    749 N. Main Street,    Elburn, IL 60119-9103
12321050     +Peskind & Associates,    2445 Dean Street Ste E,    Saint Charles, IL 60175-4828
12519140      State Farm Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12321053      State Farm Bank,    PO Box 2327,    Bloomington, IL 61702-2327
12321052     +State Farm Bank,    c/o FMS Inc,    4915 S Union Ave,    Tulsa, OK 74107-7839
The following entities were served by electronic transmission on Apr 09, 2009.
12682984     +E-mail/PDF: rmscedi@recoverycorp.com Apr 09 2009 04:20:48     Capital Recovery II,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
12321044      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 09 2009 04:20:18     Discover Card,
               P.O. Box 15192,    Wilmington, DE 19850-5192
12445062      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 09 2009 04:20:18
               Discover Bank/DFS Services, LLC,    PO Box 3025,    New Albany, OH  43054-3025
12321046     +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2009 04:18:27     GE Money Bank,
               Attn Bankruptcy Department,    PO Box 103104,    Roswell, GA 30076-9104
12682985      E-mail/PDF: rmscedi@recoverycorp.com Apr 09 2009 04:20:59
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
12415251     +E-mail/PDF: rmscedi@recoverycorp.com Apr 09 2009 04:20:49
               Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12321051      E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2009 04:18:31     Sam's Club,    P.O. Box 530942,
               Atlanta, GA 30353-0942
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2             Date Rcvd: Apr 08, 2009
Case: 08-15081                 Form ID: pdf002          Total Served: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 10, 2009**            **Signature:** *Joseph Speetjens*