UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: § Case No. 08-15081
QUACKENBUSH, DANA S §
§
Debtor(s) §
§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 3,130.00 | Assets Exempt: 18,130.00 |
| Total Distributions to Claimants: 11,168.70 | Claims Discharged Without Payment: 64,996.05 |
| Total Expenses of Administration: 3,839.67 | |

3) Total gross receipts of $ 15,008.37 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 15,008.37 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 3,839.67 | 3,839.67 | 3,839.67 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | NA | 19,945.73 | 19,945.73 | 11,168.70 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | NA | 64,996.05 | 64,996.05 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 88,781.45 | $ 88,781.45 | $ 15,008.37 |

4) This case was originally filed under chapter 7 on 06/12/2008. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/11/2009          By: /s/THOMAS E. SPRINGER, TRUSTEE
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Single Family Residence at | 1110-000 | 15,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 8.37 |
| TOTAL GROSS RECEIPTS | | $15,008.37 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | 2100-000 | NA | 2,250.79 | 2,250.79 | 2,250.79 |
| INTERNATIONAL SURE | 2300-000 | NA | 11.88 | 11.88 | 11.88 |
| THOMAS E. SPRINGER | 3110-000 | NA | 1,577.00 | 1,577.00 | 1,577.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,839.67 | $ 3,839.67 | $ 3,839.67 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | 5800-000 | NA | 19,945.73 | 19,945.73 | 11,168.70 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ 19,945.73 | $ 19,945.73 | $ 11,168.70 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CAPITAL RECOVERY II | 7100-000 | NA | 375.38 | 375.38 | 0.00 |
| CHASE BANK USA | 7100-000 | NA | 18,894.81 | 18,894.81 | 0.00 |
| CHASE BANK USA, NA | 7100-000 | NA | 14,954.85 | 14,954.85 | 0.00 |
| DISCOVER BANK/DFS SERVICES, LLC | 7100-000 | NA | 14,405.36 | 14,405.36 | 0.00 |
| STATE FARM BANK | 7100-000 | NA | 16,177.14 | 16,177.14 | 0.00 |
| INTERNAL REVENUE SERVICE | 7300-000 | NA | 188.51 | 188.51 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $NA | $ 64,996.05 | $ 64,996.05 | $ 0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit 8

Case No: 08-15081   MB   Judge: Manuel Barbosa
Case Name: QUACKENBUSH, DANA S
For Period Ending: 06/17/09

Trustee Name: THOMAS E SPRINGER, TRUSTEE
Date Filed (f) or Converted (c): 06/12/08 (f)
341(a) Meeting Date: 07/07/08
Claims Bar Date: 10/14/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Residence at 5 N 476 Cochise Dr, Maple Park, IL 60151 | 230,000.00 | 15,000.00 | | 15,000.00 | FA |
| 2. Checking Acct - Old Second National Bank, Elburn, | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. Household goods and furniture, appliances, etc. | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 5. Stock in Q & A Consulting, Inc. | Unknown | 0.00 | DA | 0.00 | FA |
| 6. 1993 Mercury Sable, 120,000 mi | 1,630.00 | 0.00 | DA | 0.00 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 8.37 | Unknown |

TOTALS (Excluding Unknown Values)   $233,130.00   $15,000.00         $15,008.37

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review the claims filed and file any objections thereto, if necessary.

Initial Projected Date of Final Report (TFR): 04/01/09     Current Projected Date of Final Report (TFR): 04/01/09

LFORM1
UST Form 101-7-TDR (4/1/2009) (Page: 6)

Ver: 14.31a

Case 08-15081   Doc 48   Filed 07/16/09   Entered 07/16/09 12:33:27   Desc Main
Document      Page 7 of 10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 08-15081 -MB |
| Case Name: | QUACKENBUSH, DANA S |
| Taxpayer ID No: | *******3334 |
| For Period Ending: | 06/17/09 |

| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******0164 MONEY MARKET |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/22/08 | 1 | Dana S. Quackenbush (Debtor) | Sale of estate's interest in Debtor's homestead pursuant to Order approving compromise entered 8/28/08. | 1110-000 | 15,000.00 | | 15,000.00 |
| 07/31/08 | 7 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.42 | | 15,000.42 |
| 08/29/08 | 7 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 1.90 | | 15,002.32 |
| 09/30/08 | 7 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 1.85 | | 15,004.17 |
| 10/31/08 | 7 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 1.46 | | 15,005.63 |
| 11/28/08 | 7 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 1.23 | | 15,006.86 |
| 12/31/08 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.76 | | 15,007.62 |
| 01/30/09 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,007.74 |
| 02/09/09 | 000100 | International Sureties, Ltd Suite 420 701 Poydras St. New Orleans, LA 70139 | Bond Payment Allocation Chapter 7 Blanket Bond Illinois - Chicago - Northern District | 2300-000 | | 11.88 | 14,995.86 |
| 02/27/09 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,995.98 |
| 03/31/09 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.13 | | 14,996.11 |
| 04/30/09 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.33 | | 14,996.44 |
| 05/05/09 | 7 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 14,996.49 |
| 05/05/09 | | Transfer to Acct #*******0481 | Final Posting Transfer | 9999-000 | | 14,996.49 | 0.00 |

Page Subtotals     15,008.37     15,008.37

Ver: 14.31a

LFORM24 UST Form 101-7-TDR (4/1/2009) (Page: 7)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 08-15081 -MB |
| --- | --- |
| Case Name: | QUACKENBUSH, DANA S |
| Taxpayer ID No: | *******3334 |
| For Period Ending: | 06/17/09 |

| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| --- | --- |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******0164 MONEY MARKET |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 15,008.37 | 15,008.37 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 14,996.49 | |
| | | | Subtotal | | 15,008.37 | 11.88 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 15,008.37 | 11.88 | |

Page Subtotals   0.00   0.00

Ver: 14.31a

LFORM24 UST Form 101-7-TDR (4/1/2009) (Page: 8)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 08-15081 -MB | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | QUACKENBUSH, DANA S | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******0481 GENERAL CHECKING |
| Taxpayer ID No: | *******3334 | | |
| For Period Ending: | 06/17/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/05/09 | | Transfer from Acct #*******0164 | Transfer In From MMA Account | 9999-000 | 14,996.49 | | 14,996.49 |
| 05/19/09 | 001000 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Chapter 7 Compensation/Fees | 2100-000 | | 2,250.79 | 12,745.70 |
| 05/19/09 | 001001 | Thomas E. Springer<br>Springer, Brown, Covey, Gaertner<br>& Davis LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,577.00 | 11,168.70 |
| 05/19/09 | 001002 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Claim 2, Payment 55.99544% | 5800-000 | | 11,168.70 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 14,996.49 | 14,996.49 | 0.00 |
| Less: Bank Transfers/CD's | 14,996.49 | 0.00 | |
| Subtotal | 0.00 | 14,996.49 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 14,996.49 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - *******0164 | 15,008.37 | 11.88 | 0.00 |
| GENERAL CHECKING - *******0481 | 0.00 | 14,996.49 | 0.00 |
| | 15,008.37 | 15,008.37 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  14,996.49  14,996.49

Ver: 14.31a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 08-15081 -MB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | QUACKENBUSH, DANA S | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******0481 GENERAL CHECKING |
| Taxpayer ID No: | *******3334 | | | |
| For Period Ending: | 06/17/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

MONEY MARKET - ********0164
GENERAL CHECKING - ********0481

Page Subtotals      0.00      0.00

Ver: 14.31a

LFORM24 UST Form 101-7-TDR (4/1/2009) (Page: 10)